DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.K., a minor child.

E.K.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and GUARDIAN AD LITEM
PROGRAM,

Appellees.

No. 2D2024-0235
_____

July 17, 2024

Appeal from the Circuit Court for Pinellas County; Patrice Moore, Judge.

Rinky S. Parwani of Parwani Law, P.A., Tampa, for Appellant.

Bruce Bartlett, State Attorney, Sixth Judicial Circuit of Florida, and
Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee
Department of Children and Families.

Amy L. Dilday of Englander Fischer, Pro Bono, Statewide Guardian ad
Litem Office, Defending Best Interests, St. Petersburg, and Sara
Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria
Glass, Senior Attorney, Appellate Division, Statewide Guardian ad Litem
Office, Tallahassee, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

SLEET, C.J., and VILLANTI and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.